UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL BENCOMO, | Case No.  2:23-cv-00440-DAD-JDP |
| Plaintiff, | |
| v. | ORDER SETTING INITIAL SCHEDULING CONFERENCE |
| COUNTY OF SACRAMENTO, *et al.*, | |
| Defendants. | |

The district judge has referred this matter to the undersigned to hold an initial scheduling conference.  ECF No. 15.  Accordingly, it is hereby ORDERED that:

1. An initial scheduling conference is set for December 7, 2023, at 10:00 a.m.  The conference will be conducted remotely via Zoom.[1]

2. No later than fourteen days prior to the scheduling conference, the parties shall file status reports that address the following:[2]

    a. the factual and legal contentions set forth in the parties' pleadings, briefly summarized;

    b. status of service upon all defendants and cross-defendants;

    c. possible joinder of additional parties;

---

[1] The Zoom invitation will be distributed one week prior to the scheduling conference.
[2] The parties are encouraged to file a joint status report.

1

    d. expected amendment of pleadings and, if applicable, a proposed deadline for such amendment;

    e. jurisdiction and venue;

    f. anticipated motions and their scheduling;

    g. a proposed discovery plan and its scheduling, including deadlines for exchanging initial disclosures and for disclosing expert witnesses;

    h. proposed cutoff dates for completing discovery and dispositive motions, and dates for the pretrial conference and trial;

    i. estimated number of days of trial and whether any party has demanded a jury;

    j. any proposed changes to the limits on discovery imposed by the Federal Rules of Civil Procedure;

    k. special procedures, if any;

    l. whether the case is related to any other cases, including any bankruptcy cases;

    m. whether an early settlement conference should be scheduled at the initial scheduling conference;

    n. whether counsel will stipulate to the undersigned acting as the settlement judge and waive disqualification from so acting, or whether they prefer to have a different magistrate judge conduct a settlement; and

    o. any other matters that may add to the just and expeditious disposition of this matter.

  3. The parties may, if all consent, have this case tried by a United States Magistrate Judge while preserving their right to appeal to the U.S. Court of Appeals for the Ninth Circuit. *See* 28 U.S.C. § 636(c). No later than fourteen days prior to the scheduling conference, the parties shall complete and file the Consent to Assignment or Request for Reassignment form. The judges will not be notified of any party's election unless all parties have consented. *See* Fed. R. Civ. P. 73(b)(1).

  4. Counsel are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition. *See* E.D. Cal. L.R. 160.

5.  The Clerk of Court is directed to provide copies of the "Consent to Proceed Before United States Magistrate Judge" with this order.

IT IS SO ORDERED.

Dated:    October 26, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE